BOB TERRELL v. STATE.

No. A-2947.    Opinion Filed July 20, 1918.

(173 Pac. 854.)

Appeal from County Court, Love County;

J. H. Hays, Judge.

Bob Terrell was convicted of unlawfully conveying from place to place in a county certain beer and whisky, and his punishment fixed at imprisonment in the county jail for 30 days, and to pay a fine of $100, and he appeals. Affirmed.

J. C. Graham, for plaintiff in error.

PER CURIAM. No brief has been filed in behalf of the plaintiff in error, and the cause was submitted on a motion of the Attorney General to affirm the judgment for failure to prosecute.

We have examined the record, and find that there is evidence sufficient to support the judgment, and, there being no apparent error warranting a reversal, the judgment is therefore affirmed.

---

JOHN CHILDERS v. STATE.

No. A-2839.    Opinion Filed July 23, 1918.

Appeal from County Court, Oklahoma County;

Wm. H. Zwick, Judge.

John Childers was convicted of a misdemeanor, and appeals. Affirmed.

J. Q. A. Harrod, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for defendant in error.

PER CURIAM. The plaintiff in error, John Childers, was convicted in the county court of Oklahoma county at the April, 1916, term, on a charge of compounding a crime, and his punishment fixed at imprisonment in the county jail for a period of 90 days and a fine of $250.00. A careful examination of the record discloses no prejudicial error. The judgment of the trial court is in all things affirmed. Mandate forthwith.